```
              UNITED STATES DISTRICT COURT

              MIDDLE DISTRICT OF LOUISIANA


PATRICK BREWER (#293187)

VERSUS                                CIVIL ACTION

EAST BATON ROUGE PARISH               NUMBER 08-165-RET-SCR
JAIL, ET AL
```

**NOTICE**

    Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the U. S. District Court.

    In accordance with 28 U.S.C. § 636(b)(1), you have ten days after being served with the attached report to file written objections to the proposed findings of fact, conclusions of law, and recommendations set forth therein.  Failure to file written objections to the proposed findings, conclusions and recommendations within ten days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the District Court.

    ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

    Baton Rouge, Louisiana, September 18, 2008.

*/s/ Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK BREWER (#293187)

VERSUS                                              CIVIL ACTION

EAST BATON ROUGE PARISH                             NUMBER 08-165-RET-SCR
JAIL, ET AL

## MAGISTRATE JUDGE'S REPORT

Before the court is an order for the plaintiff to show cause why his complaint should not be dismissed for failure to pay the court's initial partial filing fee.  Record document number 15.

On April 8, 2008, the plaintiff was ordered to pay within 20 days an initial partial filing fee in the amount of $4.00.[1]  Plaintiff was placed on notice that it was his responsibility to pay the filing fee; prison officials were not ordered to forward the money to the Clerk of Court.

On August 26, 2008, the plaintiff was ordered to show cause on September 12, 2008, why his complaint should not be dismissed for failure to pay the filing fee.

Plaintiff failed to respond to the show cause order or pay the filing fee as ordered.  Therefore, the plaintiff's complaint should be dismissed without prejudice.

---

[1] Record document number 9.

RECOMMENDATION

It is the recommendation of the magistrate judge that the plaintiff's complaint be dismissed without prejudice for failure to pay the court's filing fee.

Baton Rouge, Louisiana, September 18, 2008.

*Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE