UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK BREWER (#293187)

VERSUS

EAST BATON ROUGE PARISH
JAIL, ET AL

CIVIL ACTION

NO. 08-165-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that the plaintiff's complaint is dismissed without prejudice for failure to pay the court's filing fee.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, October 21, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA